**EPSTEIN & WEIL LLC**
ATTORNEYS AT LAW

225 Broadway
New York, NY 10007

(212) 732-4888

**LLOYD EPSTEIN**
**JUDITH H. WEIL**

February 21, 2019

**VIA ECF and UPS OVERNIGHT MAIL**
Hon. Eric N. Vitaliano
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

>  Re: United States v. Rodriguez
>  Dkt. No. 15-CR-576(ENV)
>  **Fourth Supplementary Sentencing Submission**

Dear Judge Vitaliano:

   Jose Rodriguez is scheduled to be sentenced before you tomorrow, February 22, 2019. I annex a "Certificate of Appreciation" Mr. Rodriguez recently received for his "maintaining the second floor sanitation" at the MCC.

   I thank the Court of its consideration.

Sincerely,

Lloyd Epstein

LE:pc
Enc.

cc. AUSA Matthew S. Miller
    (Via ECF and UPS Overnight Mail)

   Mr. Jose Angel Rodriguez

# CERTIFICATE OF APPRECIATION

*This certificate is awarded to*

## ANGEL J. RODRIGUEZ

*For assisting the Education department prepare for inspection, and for your daily assistance in maintaining the second floor sanitation at the Metropolitan Correctional Center.*

**January 14, 2019**

T. Volpini, Supervisor of Education
MCC New York Education Department