# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of July, two thousand twenty.

Present:
    José A. Cabranes,
    Richard J. Sullivan,
    Steven J. Menashi,
        *Circuit Judges*.

_____

United States of America,

        *Appellee*,

v.                                       19-631

Jose Crespo, AKA Santana, AKA San, et al.,

        *Defendants*,

Jose Rodriguez, AKA Lazaro,

        *Defendant-Appellant*.

_____

The Government moves to dismiss Appellant's appeal of his conviction and sentence based on his valid appeal waiver. We ordered Appellant to respond to the motion. Daniel S. Nooter, counsel for Appellant, now moves for permission to withdraw as counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967). Upon due consideration, it is hereby ORDERED that the *Anders* motion is GRANTED. It is further ordered that the motion to dismiss is GRANTED with respect to Appellant's conviction and term of imprisonment.

We construe the Government's motion to dismiss as a motion for summary affirmance with respect to Appellant's appeal of his term and special conditions of supervised release, forfeiture, and special assessment. So construed, it is hereby ORDERED that the motion is GRANTED.

                                                              FOR THE COURT:
                                                              Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/21/2020